## Parsley v. Wilhelm.

Argued April 9, 1901. Appeal, No. 45, April Term, 1901, by defendants, from judgment of C. P. No. 2, Allegheny County, July T., 1898, No. 900, on verdict for plaintiff in case of Mary Parsley v. C. Wilhelm and Margaret, his wife. Before Rice, P. J., Beaver, Orlady, W. W. Porter and W. D. Porter, P. J. Reversed.

Opinion by Rice, P. J., July 25, 1901:

This case was tried in the common pleas and argued in this court with the case of Goebler v. Wilhelm and must be decided in the same way.

Judgment reversed and a venire facias de novo awarded.